JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CARPIO, | Case No. EDCV 09-429-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated:  July 28, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge